**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-6061

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

JAMES WIGNALL,

Defendant – Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, Chief District Judge.  (2:04-cr-10064-jpj-pms)

Submitted:  August 7, 2009          Decided:  August 25, 2009

Before NIEMEYER, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Wignall, Appellant Pro Se.  Anthony Paul Giorno, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Wignall appeals the district court's order denying Wignall's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Wignall, No. 2:04-cr-10064-jpj-pms (W.D. Va. Dec. 22, 2008). We deny Wignall's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED